GUS W. FLANGAS, ESQ.
Nevada Bar No. 004989
Email: gwf@fdlawlv.com
JESSICA K. PETERSON, ESQ.
Nevada Bar No. 10670
Email: jkp@fdlawlv.com
FLANGAS DALACAS LAW GROUP
3275 South Jones Blvd., Suite 105
Las Vegas, Nevada 89146
Telephone: (702) 307-9500
Facsimile: (702) 382-9452
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MELANIE KEENER, an individual, | Case No.: 3:17-cv-00498-RCJ-CBC |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE AN OPPOSITION PURSUANT TO LOCAL RULE IA-6-1** |
| GERALD R. ANTINORO, an individual; STOREY COUNTY, a political subdivision of the State of Nevada; DOES I-V, inclusive; and ROE ENTITIES VI-X, inclusive, | |
| Defendants. | |

COME NOW the parties, by and through their respective undersigned counsel and file this Stipulation & Order to Extend the Time for Plaintiff to File an Opposition Pursuant to Local Rules IA 6-1 and 7-2 and in support thereof show the Court as follows:

I. **FACTUAL BACKGROUND**

On November 8, 2018, Defendant filed a Motion for Summary Judgment. Plaintiff has 21 days from the date of service, plus three days pursuant to FRCP 6 to file his response. As such, the Opposition was due on December 3, 2018. On or about November 19, 2018 Plaintiff's counsel, Gus W. Flangas, Esq., spoke with Defendant's counsel, Douglas R. Rands, Esq., who agreed that Plaintiff could have an additional fifteen (15) days from the date the Opposition was due to file any Opposition to the Motion. Mr. Flangas asked Mr. Rands if it was necessary to file a Stipulation with

1  the Court informing the Court of the extension and Mr. Rands stated that, "as far as he was
2  concerned it was not necessary." On December 3rd, 2018, an Order was issued in Case 3:18-cv-
3  00429-HDM-WGC, granting Defendant's Motion to Dismiss pursuant to LR 7-2 because Plaintiff
4  had failed to file an Opposition. Mr. Flangas and Mr. Rands are the attorneys representing the
5  litigants in that case as well, and the Parties are the same parties as the parties in the case herein. Mr.
6  Rands had also granted Mr. Flangas an extension to file any Opposition to the Motion to Dismiss
7  in that case, but the parties had failed to file a Stipulation informing the Court. The Parties have now
8  filed a Stipulation & Order, through their respective counsel, in Case 3:18-cv-00429-HDM-WGC
9  seeking that the Order be Set Aside on the basis that Mr. Rands had granted an extension for the
10 Plaintiff to file an Opposition.
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  the Court informing the Court of the extension and Mr. Rands stated that, "as far as he was
2  concerned it was not necessary." On December 3rd, 2018, an Order was issued in Case 3:18-cv-
3  00429-HDM-WGC, granting Defendant's Motion to Dismiss pursuant to LR 7-2 because Plaintiff
4  had failed to file an Opposition. Mr. Flangas and Mr. Rands are the attorneys representing the
5  litigants in that case as well, and the Parties are the same parties as the parties in the case herein. Mr.
6  Rands had also granted Mr. Flangas an extension to file any Opposition to the Motion to Dismiss
7  in that case, but the parties had failed to file a Stipulation informing the Court. The Parties have now
8  filed a Stipulation & Order, through their respective counsel, in Case 3:18-cv-00429-HDM-WGC
9  seeking that the Order be Set Aside on the basis that Mr. Rands had granted an extension for the
10 Plaintiff to file an Opposition.
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

///

So that the parties do not need to seek additional relief, in the form of seeking to setting aside an Order Granting the Motion for Summary Judgment, on the basis that Plaintiff failed to file an Opposition, the parties through their respective counsel file the instant Stipulation allowing Plaintiff until December 21, 2018 to file the Opposition.

Dated this 4th day of December 2018    Dated this 4th day of December 2018

FLANGAS DALACAS LAW GROUP                RANDS, SOUTH & GARDNER

By: /s/ Jessica Peterson
GUS W. FLANGAS, ESQ.
Nevada Bar No. 4989
JESSICA K. PETERSON, ESQ.
Nevada Bar No. 10670
3275 S. Jones Blvd., Ste. 105
Las Vegas, Nevada 89146
Tel: 702-307-9500
Attorneys for Plaintiff

By: /s/Douglas Rands with permission
DOUGLAS R. RANDS, ESQ.
Nevada Bar No. 3572
9498 Double r Blvd., Ste. A
Reno, Nevada 89521
Tel: 775-727-6464
Attorney for Defendants

**ORDER**

IT IS SO ORDERED this _____ day of _____, 2018

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted by:

/s/ Jessica Peterson
GUS W. FLANGAS, ESQ.
Nevada Bar No. 4989
JESSICA K. PETERSON, ESQ.
Nevada Bar No. 10670
FLANGAS DALACAS LAW GROUP
3275 S. Jones Blvd., Ste. 105
Las Vegas, Nevada 89146
Attorneys for Plaintiff

**Jessica Peterson**

From: Douglas Rands [doug_rands@sbcglobal.net]
Sent: Tuesday, December 04, 2018 3:43 PM
To: 'Jessica Peterson'
Subject: RE:

Yes, you have my approval...

Douglas R. Rands
RANDS & SOUTH
9498 Double R Blvd, Suite A
Reno, NV 89521
775-827-6464
775-827-6496 fax
drands@rsgnvlaw.com

This e-mail message is a confidential communication from the law firm of Rands, South & Gardner and is intended only for the named recipient(s) above and may contain information that is a trade secret, proprietary, privileged or attorney work product and may also be protected by the Electronics Communications Privacy Act (18 USC §§2510-2521, § 2701 et. seq.), and NRS 179.425-179.450 and NRS 205.320 . If you have received this message in error, or are not the named or intended recipient(s), you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. Please immediately notify the sender at 775-827-6464 and delete this e-mail message and any attachments from your workstation or network mail system.

From: Jessica Peterson [mailto:jkp@fdlawlv.com]
Sent: Tuesday, December 04, 2018 3:16 PM
To: 'Douglas Rands'; 'Doug Rands'
Cc: gwf@fdlawlv.com
Subject:

Doug:
Pursuant to our conversation see attached. Please email me if these are ok to file now with your approval indicating I may use your electronic signature.

Thanks
Jessica


**JESSICA K. PETERSON, ESQ.**
FLANGAS DALACAS LAW GROUP
3275 South Jones Blvd., Suite 105
Las Vegas, Nevada 89146
Phone: (702) 307-9500 Direct: (702) 971 - 2251
Fax: (702) 382-9452

This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-

mail, by forwarding this to dpd@fdlawlv.com, or by telephone at (702) 307-9500, and destroy the original transmission and its attachments without reading or saving in any manner. Thank you.

IRS Circular 230 Required Notice--IRS regulations require that we inform you as follows: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended to be used and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter[s].