GUS W. FLANGAS, ESQ.
Nevada Bar No. 004989
Email: gwf@fdlawlv.com
JESSICA K. PETERSON, ESQ.
Nevada Bar No. 10670
Email: jkp@fdlawlv.com
FLANGAS DALACAS LAW GROUP
3275 South Jones Blvd., Suite 105
Las Vegas, Nevada 89146
Telephone: (702) 307-9500
Facsimile: (702) 382-9452
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MELANIE KEENER, an individual,

    Plaintiff,

v.

GERALD R. ANTINORO, an individual; STOREY COUNTY, a political subdivision of the State of Nevada; DOES I-V, inclusive; and ROE ENTITIES VI-X, inclusive,

    Defendants.

Case No.: 3:17-cv-00498-RCJ-CBC

**STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE AN OPPOSITION PURSUANT TO LOCAL RULE IA-6-1**
(Second Request)

COME NOW the parties, by and through their respective undersigned counsel and file this Stipulation & Order to Extend the Time for Plaintiff to File an Opposition Pursuant to Local Rules IA 6-1 and 7-2 and in support thereof show the Court as follows:

**I.  FACTUAL BACKGROUND**

On December 4, 2018 the parties through their respective counsel filed a Stipulation and Proposed Order, granting Plaintiff's counsel an extension until December 21, 2018 to file an Opposition to the Motion for Summary Judgment. Defendant has graciously granted an additional extension to Plaintiff's counsel, allowing Plaintiff until Friday January 4, 2019 to file the Opposition to the Motion for Summary Judgement.

Dated this 21st day of December 2018

FLANGAS DALACAS LAW GROUP

By: /s/ Jessica Peterson
GUS W. FLANGAS, ESQ.
Nevada Bar No. 4989
JESSICA K. PETERSON, ESQ.
Nevada Bar No. 10670
3275 S. Jones Blvd., Ste. 105
Las Vegas, Nevada 89146
Tel: 702-307-9500
Attorneys for Plaintiff

Dated this 21st day of December 2018

RANDS, SOUTH & GARDNER

By:/s/Douglas Rands with permission
DOUGLAS R. RANDS, ESQ.
Nevada Bar No. 3572
9498 Double r Blvd., Ste. A
Reno, Nevada 89521
Tel: 775-727-6464
Attorney for Defendants

**ORDER**

IT IS SO ORDERED this 21st day of December, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted by:

/s/ Jessica Peterson
GUS W. FLANGAS, ESQ.
Nevada Bar No. 4989
JESSICA K. PETERSON, ESQ.
Nevada Bar No. 10670
FLANGAS DALACAS LAW GROUP
3275 S. Jones Blvd., Ste. 105
Las Vegas, Nevada 89146
Attorneys for Plaintiff