GUS W. FLANGAS, ESQ.
Nevada Bar No. 004989
Email: gwf@fdlawlv.com
JESSICA K. PETERSON, ESQ.
Nevada Bar No. 10670
Email: jkp@fdlawlv.com
FLANGAS DALACAS LAW GROUP
3275 South Jones Blvd., Suite 105
Las Vegas, Nevada 89146
Telephone: (702) 307-9500
Facsimile: (702) 382-9452
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MELANIE KEENER, an individual,

Plaintiff,

v.

GERALD R. ANTINORO, an individual; STOREY COUNTY, a political subdivision of the State of Nevada; DOES I-V, inclusive; and ROE ENTITIES VI-X, inclusive,

Defendants.

Case No.: 3:17-cv-00498-RCJ-CBC

**STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE AN OPPOSITION TO THE MOTION FOR PROTECTIVE ORDER (ECF 36) and MOTION FOR SUMMARY JUDGMENT (ECF 37) PURSUANT TO LOCAL RULE IA-6-1**
(First Request as to ECF 36)
(Third Request as to ECF 37)

COME NOW the parties, by and through their respective undersigned counsel and file this Stipulation & Order to Extend the Time for Plaintiff to File an Opposition Pursuant to Local Rules IA 6-1 and 7-2 and in support thereof show the Court as follows:

**I.    FACTUAL BACKGROUND**

On November 8, 2018, Defendant filed a Motion for Protective Order along with a Motion for Summary Judgment. The parties, by and through their attorneys, have entered into two Stipulations to extend the time in which to file an Opposition to the Motion for Summary Judgment (ECF 38 and 41). On December 18, 2018, the Court notified Plaintiff that it had failed to file an

Opposition to the Motion for Protective Order and had until December 26, 2018 to file an Opposition or it would Grant the Motion.

On December 21, 2018 the Court Granted the Proposed Order granting the extension of time in which to file the Opposition to the Motion for Summary Judgment until January 4, 2019. (DKT 42 & 43).

On December 23, 2018, Plaintiff's counsel's father passed. Plaintiff's counsel is now organizing the church services and the funeral, which will be taking place on January 4-January 7, 2019, with the actual funeral taking place in Ely Nevada on the 7th of January 2019. As a result, Plaintiff's counsel will be out of the office during the majority of this time and will be unable to prepare the Oppositions until after the services and funerals are over.

///
///
///

Defense counsel has thus graciously agreed to grant extensions for Plaintiff's counsel to file Oppositions as to all pending Motions, including the Motion for Protective Order (ECF 36) and the Motion for Summary Judgment (ECF 37) until Monday January 14, 2019.

Dated this 26th day of December 2018    Dated this 26th day of December 2018

FLANGAS DALACAS LAW GROUP    RANDS, SOUTH & GARDNER

By: /s/ Jessica K Peterson
GUS W. FLANGAS, ESQ.
Nevada Bar No. 4989
JESSICA K. PETERSON, ESQ.
Nevada Bar No. 10670
3275 S. Jones Blvd., Ste. 105
Las Vegas, Nevada 89146
Tel: 702-307-9500
Attorneys for Plaintiff

By: /s/Douglas Rands with permission
DOUGLAS R. RANDS, ESQ.
Nevada Bar No. 3572
9498 Double r Blvd., Ste. A
Reno, Nevada 89521
Tel: 775-727-6464
Attorney for Defendants

**ORDER**

IT IS SO ORDERED this 27th day of December, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted by:

/s/ Jessica K Peterson
GUS W. FLANGAS, ESQ.
Nevada Bar No. 4989
JESSICA K. PETERSON, ESQ.
Nevada Bar No. 10670
FLANGAS DALACAS LAW GROUP
3275 S. Jones Blvd., Ste. 105
Las Vegas, Nevada 89146
Attorneys for Plaintiff