Case 3:17-cv-00498-RCJ-CBC Document 48-8 Filed 01/14/19 Page 1 of 13

Exhibit 8

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| MELANIE KEENER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GERALD R. ANTINORO, an individual; STOREY COUNTY, a political subdivision of the State of Nevada; DOES I-V, inclusive; and ROE ENTITIES VI-X, inclusive,<br><br>Defendants. | CASE NO.<br>3:17-cv-00498-RCJ-VPC |

===================================================

DEPOSITION OF KENNETH QUIRK

Friday, February 9, 2018

Reno, Nevada

REPORTED BY: MICHELLE BLAZER CCR #469 (NV)
CSR #3361 (CA)

Case 3:17-cv-00498-RCJ-CBC Document 48-8 Filed 01/14/19 Page 3 of 13



then.

THE WITNESS: I do.

MR. RANDS: Make a day of this.

BY MR. FLANGAS:

Q Have you talked to Mr. Antinoro's attorneys in that case?

A No, I have not.

Q All right. Let's go -- now, we will get to your conversations here in a little bit. Let's go about your background. Where'd you graduate high school?

A Woods Cross High School, Woods Cross, Utah.

Q What year?

A 1981.

Q Do you have any advanced education?

A I've got a Bachelor of Science degree from the University of Utah and a Master's Degree, Master of Arts degree in organizational management from Ashford University.

Q Ashford?

A Correct.

Q What's your BS in from University of Utah?

A Sociology and criminology.

Case 3:17-cv-00498-RCJ-CBC Document 48-8 Filed 01/14/19 Page 4 of 13



MR. RANDS: I should have worn my shirt from yesterday today, then. I wore it one day too early. My BYU shirt.

THE WITNESS: Nah.

BY MR. FLANGAS:

Q Now, the -- what year did you graduate from University of Utah?

A 2005.

Q What did you do between high school and graduating from the university?

A Worked for -- worked in law enforcement since 1989.

Q We'll come back to that. What's your degree in from? Did you say Ashford University? University of Ashford?

A Yeah. Organizational management.

Q That's an online course?

A Correct.

Q What year did you get your masters?

A '07-'08. '08, maybe.

Q What do you presently do for a living?

A Public Safety Director, City of Wendover, Utah.

Q How long have you been the Public Safety Director?

Case 3:17-cv-00498-RCJ-CBC Document 48-8 Filed 01/14/19 Page 5 of 13



A About 15 months.
Q What did you do prior to that?
A I was employed at the Storey County Sheriff's office from 1999 until November 2016.
Q When you started with the Storey County Sheriff's office in 1999, what did you start off as?
A Deputy Sheriff.
Q And then how long were you a deputy sheriff?
A Until 2005 when I was promoted to sergeant.
Q How long were you a sergeant?
A Three years. I was promoted to lieutenant.
Q Promoted to Lieutenant when?
A 2008.
Q Did you have any other positions other than --
A Yeah. In 2011 I went back to being a sergeant.
Q How long were you a sergeant the second time?
A Until I retired in November of 2016.
Q So you have a retirement from Storey County?

Q How about up in Storey County?

A As far as?

Q Well, I am asking you. You told me he was taking liberties and I am trying to figure out what you know.

A No, nothing in Storey County. I was using the West Wendover as a -- as my reference as far as the background goes.

Q As far as the background goes. Okay. Now, was this swinger's club rumor having something to do while he was at West Wendover or was it something that was happening while he was at Storey County?

A At West Wendover.

Q Have you heard rumors about or facts about Mr. Antinoro since he became the sheriff of Storey County?

A Nothing.

Q Have you heard that -- do you know his ex-girlfriend, Adrianna?

A I have had a couple conversations with her. Brief conversations.

Q What's Adrianna's last name?

A I don't know.

Q Kind of a difficult name to pronounce;

Case 3:17-cv-00498-RCJ-CBC Document 48-8 Filed 01/14/19 Page 7 of 13



correct?
A I don't think I ever knew her last name.
Q Did you ever hear Mr. Antinoro tell you that he liked to have Adrianna have sex in front of other men?
A That was -- that was discussed on one or two occasions.
Q Between you and Mr. Antinoro?
A Correct.
Q So Mr. Antinoro told you he liked to watch Adrianna have sex with other men?
A I believe that was the nature of the conversation.
Q Did he tell you that he liked to have Adrianna go to strip clubs and show her breasts or tits to patrons there who tip the strippers?
A I -- I don't -- I never had that conversation with him.
Q Do you know a lady by the name of April Enloe?
A I do.
Q Who is April Enloe?
A She is a -- I don't know what she's doing now, but when I knew her she was the Senior Center Director of Storey County.

Case 3:17-cv-00498-RCJ-CBC Document 48-8 Filed 01/14/19 Page 8 of 13



Q Did Mr. Antinoro ever tell you that he dated April Enloe?
A He did.
Q Did he ever tell you he had sex with April Enloe?
A He did.
Q Did he ever tell you that he tried to have April Enloe engage in sex with other men?
A He did.
Q Did he ever tell you that she was angry at him because he tried to get her involved in a sex thing with three other women while on a trip -- excuse me. With three other men while on a trip?
A He never told me that. I asked him about that. He gave me -- he gave me the response that she was mad about something else.
Q Did he deny it?
A He did deny it.
Q Are you familiar -- had you ever heard that Mr. Antinoro was accused of raping a gal in Sparks, Nevada?
A I have heard that.
Q What had you heard about that?
A That a girl had made an allegation about a sexual assault that occurred back sometime around

Case 3:17-cv-00498-RCJ-CBC Document 48-8 Filed 01/14/19 Page 9 of 13



2005, 2006.
Q Who did you hear it from?
A I don't remember back then.
Q Do you know who the lady was?
A I do.
Q What's her name?
A I believe the first name is Penny. I don't know her last name.
Q Did you know Penny?
A I did.
Q How did you know Penny?
A She was dating Tony Dosen.
Q Was Tony Dosen married at the time?
A Married at the time, I don't know.
Q When was she dating Tony Dosen?
A 2006.
Q Until about when?
A I think some time just in 2006. A very short time during the year 2006.
Q Tony -- so Mr. Antinoro was accused of raping Tony Dosen's girl friend, Penny?
A That was the allegation, correct.
Q And I'm sorry if I have already asked this, my notes aren't clear. How did you find out that she was making this allegation against Mr.

Case 3:17-cv-00498-RCJ-CBC Document 48-8 Filed 01/14/19 Page 10 of 13



MR. RANDS: Same objection.
THE WITNESS: No.
BY MR. FLANGAS:
Q "He also told Ms. Keener that his ex-girlfriend would then take these guys to a place towards the bathroom and have sex with them, and how he would then go and watch."
Is that an appropriate comment for a badged officer or a supervisor to tell their subordinate?
MR. RANDS: Same objection.
THE WITNESS: No.
BY MR. FLANGAS:
Q Is it appropriate behavior for a badged officer to be engaging in that type of behavior?
MR. RANDS: Same objection.
THE WITNESS: Probably not.
BY MR. FLANGAS:
Q Now, did Mr. Antinoro ever tell you that his ex-wife wanted money from him, and that he would give her money for screwing other guys in front of him?
A He never told me that.
Q Did he ever tell you that one black guy was pounding his ex-wife and he knew the guy's dick

Case 3:17-cv-00498-RCJ-CBC Document 48-8 Filed 01/14/19 Page 11 of 13



was choking her because he could hear her gagging?
A He never used those words, but he told me that, that story.
Q Did he tell you that he was choking her because his penis was so long, it was choking her from below?
A No, he never used those words.
Q But he told you roughly that same story?
A Roughly, yes, sir.
Q And I think I asked you this and I apologize if I did already, and this is my apology to counsel, too, for the asked and answered he's going to say here in a second.
Did Mr. Antinoro ever tell you that he was going to the Green Door --
MR. RANDS: Objection, asked and answered.
BY MR. FLANGAS:
Q -- in Las Vegas?
MR. RANDS: Sorry. Objection, asked and answered.
THE WITNESS: We have never discussed the Green Door.
BY MR. FLANGAS:
Q Did he tell you about his swinging

Case 3:17-cv-00498-RCJ-CBC Document 48-8 Filed 01/14/19 Page 12 of 13



lifestyle?
A He told me that he and Adrianna were -- would participate with other people.
Q And Adrianna was his --
A Girlfriend at the time.
Q -- his girlfriend at the time?
A At the time.
Q Speaking of Adrianna, she broke up with him, which you told me earlier, right?
A Yeah.
Q And I think it involved she -- I think I asked you about whether or not it was because he had -- maybe I haven't asked you.
Are you aware of an allegation that -- that Adrianna left Mr. Antinoro because he allowed her to be gang raped by three other men?
A I never heard that.
Q Or let me take the number out of there because that's sometimes a qualifier.
Because he allowed her to be raped by other men while he watched?
A I never -- I never heard that.
Q Okay. Let's take the word rape out of there.
Was she mad at him because he had her

Case 3:17-cv-00498-RCJ-CBC Document 48-8 Filed 01/14/19 Page 13 of 13



STATE OF NEVADA )
) ss.
COUNTY OF WASHOE )

I, MICHELLE BLAZER, a Certified Court Reporter for the State of Nevada, do hereby certify;

That on Friday, the 9th day of February, 2018, at the hour of 8:59 a.m. of said day, at the offices of Bonanza Reporting & Videoconference, 1111 Forest Street, Reno, Nevada, personally appeared KENNETH QUIRK, who was duly sworn by me, was thereupon deposed in the matter entitled herein, and that before the proceeding's completion the reading and signing of the deposition has been requested by the deponent or party;

That the foregoing transcript, consisting of pages 1 through 128, is a full, true, and correct transcript of my stenotype notes of said deposition to the best of my knowledge, skill, and ability.

I further certify that I am not an attorney or counsel for any of the parties, nor relative or employee of any attorney or counsel connected with the action, nor financially interested in the action.

DATED: At Reno, Nevada, this 12th day of February, 2018.

Michelle Blazer

MICHELLE BLAZER, CCR #469 (NV) CSR #3361 (CA)