Exhibit 12

Katherine F. Parks, Esq. - State Bar No. 6227
Thorndal Armstrong Delk Balkenbush & Eisinger
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
(775) 786-2882
Attorneys for Defendant
GERALD R. ANTINORO

Michael E. Sullivan, Esq. (SBN 5142)
Scott L. Hernandez, Esq. (SBN 13147)
**ROBISON, BELAUSTEGUI, SHARP & LOW**
A Professional Corporation
71 Washington Street
Reno, Nevada 89503
Telephone: (775) 329-3151
Facsimile: (775) 329-7941
*Attorney for Counterclaimant*
*Gerald Antinoro*

**IN THE FIRST JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA**

**IN AND FOR THE COUNTY OF STOREY**

| | |
|---|---|
| LANCE GILMAN, an individual,<br>Plaintiff,<br>vs.<br>GERALD R. ANTINORO, an individual; DOES I-V, inclusive; and ROE ENTITIES VI-X, inclusive,<br>Defendants. | CASE NO. 16 OC 00010 E<br>DEPT. NO. 1<br>**ANSWER TO COMPLAINT AND COUNTERCLAIM** |
| GERALD ANTINORO, an individual,<br>Counterclaimant,<br>vs.<br>LANCE GILMAN, an individual, and DOES I-V, inclusive,<br>Counterdefendant. | |