GUS W. FLANGAS, ESQ,
Nevada Bar No. 004989
Email: gwf@fdlawlv.com
JESSICA K. PETERSON, ESQ.
Nevada Bar No. 10670
Email: jkp@fdlawlv.com
FLANGAS DALACAS LAW GROUP
3275 South Jones Boulevard, Suite 105
Las Vegas, Nevada 89146
Telephone: (702) 307-9500
Facsimile: (702) 382-9452
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MELANIE KEENER, an individual,

                    Plaintiff,

vs.

GERALD R. ANTINORO, an individual;
STOREY COUNTY, a political subdivision of
the State of Nevada; DOES I-V, inclusive; and
ROE ENTITIES VI-X, inclusive,

                    Defendants.

Case No.: 3:18-cv-00429-HDM-WGC
ORDER GRANTING
**STIPULATION AND (PROPOSED)
ORDER TO CONSOLIDATE**

COME NOW the parties, by and through their respective undersigned counsel and file this

Stipulation to Consolidate and in support of the Stipulation show the Court as follows:

**I.      FACTUAL BACKGROUND**

On November 5, 2018 Defendant filed a Motion to Dismiss. On December 3rd, 2018 the

Court issued an Order granting the Motion to Dismiss pursuant to LR 7-2 because an opposition had

not been filed. On December 13, 2018 a telephonic conference was held on the Stipulated Motion

to Set Aside the Order on the basis that Defendant's Counsel had granted an extension to Plaintiff's

counsel in which to file the Opposition and thus the Motion to Dismiss should not have been granted

1  on the basis of no opposition having been filed.[1]

2         During the telephonic conference, the Court noted that it appeared as there was another case
3  with almost identical facts pending in Judge Jones Court and inquired as to why this matter was not
4  consolidated with that matter since it was the earlier filed action and the only difference that the
5  Court could see was the additional Title VII claim for Relief. Plaintiff's counsel responded that it
6  was the intention to do so but before they were able to the Motion to Dismiss had been granted. The
7  Court therefore reluctanly agreed to set aside the prior Order granting the Motion to Dismiss and
8  Ordered the Parties to file a Joint Stipulation to consolidate this case into the lower case.

9         Based on the foregoing, for the convenience of the Court and in the interest of effective
10  judicial administration, the parties hereby STIPULATE that *Keener v. Antinoro, et. al.*, Case No.:
11  3:18-cv-00429-HDM-WGC, shall be consolidated into *Keener v. Antinoro, et. al.*, Case No.: 3:17-
12  cv-00498-RCJ-CBC.

13  Dated this 14th day of December 2018          Dated this 14th day of December 2018

14

15  **FLANGAS DALACAS LAW GROUP**              **RANDS, SOUTH & GARDNER**

16  By:                                        By:/s/Douglas Rands with permission
17  GUS W. FLANGAS, ESQ.                        DOUGLAS R. RANDS, ESQ.
    Nevada Bar No. 4989                         Nevada Bar No. 3572
18  JESSICA K. PETERSON, ESQ.                   9498 Double r Blvd., Ste. A
    Nevada Bar No. 10670                        Reno, Nevada 89521
19  3275 S. Jones Blvd., Ste. 105               Tel: 775-727-6464
    Las Vegas, Nevada 89146                     Attorney for Defendants
20  Tel: 702-307-9500
    Attorneys for Plaintiff

21

22                              **ORDER**

23

24      IT IS SO ORDERED this 28th day of January, 2019.

25

26  HONORABLE ROBERT C. JONES                   HONORABLE HOWARD D. MCKIBBEN

27

28
    ─────────────────
    [1]Counsel for Plaintiff recognizes that he was required to file a Stipulation notifying the Court of the
    extension of time and failed to do so and again apologizes to the Court for his failure.

                                    - 2 -