| | |
|---|---|
| Brett K. South | |
| Nevada Bar No. 3608 | |
| RANDS & SOUTH | |
| 9498 Double R Blvd., Suite A | |
| Reno, Nevada 89521 | |
| Telephone: (775) 827-6464 | |
| Facsimile: (775) 827-6496 | |
| Attorneys for Defendants | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * *

| | |
|---|---|
| MELANIE KEENER, an individual, | CASE NO.: 3:17-cv-00498-RCJ-VPC |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMSS** |
| v. | |
| GERALD R. ANTINORO, an individual; STOREY COUNTY, a political subdivision of the State of Nevada; DOES I-v, iniclusive; and ROE ENTITIES VI-X, inclusive, | |
| Defendants. | |

The parties, by and through their respective undersigned counsel, hereby stipulate and respectfully request the Court to grant an extension of time to February 22, 2019 for Defendants to file their reply to Plaintiff's Opposition to the Motion to Dismiss. Counsel for Defendants, Douglas R. Rands, Esq., recently left Defendants' counsel's law firm effective February 1, 2019 to take a position with the Nevada Attorney General's office.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Defense counsel who has assumed the handling of this matter seeks additional time to review the file and become fully informed to file a Reply on Defendants' behalf.

DATED this 8th day of February, 2019  DATED this 8th day of February, 2019

FLANGAS DALACAS LAW GROUP  RANDS & SOUTH

*/s/ Gus W. Flangas*  */s/ Brett K. South*

Gus W. Flangas, Esq.  Brett K. South, Esq.
3275 South Jones Blvd., Suite 105  9498 Double R Blvd., Suite A
Las Vegas, Nevada 89146  Reno, Nevada 89521
Telephone: (702) 307-9500  Telephone: (775) 827-6464
Facsimile: (702) 382-9452  Facsimile: (775) 827-6496
Attorneys for Plaintiff  Attorneys for Defendants

IT IS SO ORDERED this 13th day of February, 2019.

_____
ROBERT C. JONES