1  \*\*\*\*
   Brett K. South
2  Nevada Bar No. 3608
   LAW OFFICES OF BRETT K. SOUTH
3  9498 Double R Blvd., Suite A
   Reno, Nevada 89521
4  Telephone: (775) 827-6464
   Facsimile: (775) 827-6496
5  Attorneys for Defendants

6
                    UNITED STATES DISTRICT COURT
7
                         DISTRICT OF NEVADA
8
                            \* \* \* \*
9

10  MELANIE KEENER, an individual,          CASE NO.: 3:17-cv-00498-RCJ-VPC

11  Plaintiff,                              **STIPULATION TO CONDUCT
                                            SETTLEMENT CONFERENCE**
12  v.
                                            Date: October 30, 2019
13  GERALD R. ANTINORO, an individual;
    STOREY COUNTY, a political subdivision   Time: 9:00 a.m.
14  of the State of Nevada; DOES I-v, iniclusive;
    and ROE ENTITIES VI-X, inclusive,
15
    Defendants.
16  _____/

17      At a June 12, 2019 hearing on this matter, the Court informed counsel for the parties that it

18  was amenable to conducting a settlement conference in this matter. Having confirmed with Court

19  staff that the Court is available on October 30, 2019, the parties, by and through their respective

20  undersigned counsel, hereby stipulate to conduct a settlement conference before the Court on

21  Wednesday, October 30, 2019, at 9:00 a.m.

22  DATED this 14th day of October, 2019      DATED this 14th day of October, 2019

23  FLANGAS DALACAS LAW GROUP                 LAW OFFICES OF BRETT K. SOUTH

24  /s/ Gus W. Flangas                        /s/ Brett K. South

25  _____          _____
    Gus W. Flangas, Esq.                      Brett K. South, Esq.
26  3275 South Jones Blvd., Suite 105         9498 Double R Blvd., Suite A
    Las Vegas, Nevada 89146                   Reno, Nevada 89521
27  Telephone: (702) 307-9500                 Telephone: (775) 827-6464
    Facsimile: (702) 382-9452                 Facsimile: (775) 827-6496
28  Attorneys for Plaintiff                   Attorneys for Defendants
                                              IT IS SO ORDERED

                                              _____
1                                             U.S. MAGISTRATE JUDGE

                                              DATED: 10/16/2019
                                              _____