JEFFREY I. PITEGOFF, ESQ.
Nevada Bar No. 05458
PITEGOFF LAW OFFICE
330 E. Charleston Blvd, Suite 100
Las Vegas, Nevada 89104
Telephone No. (702) 808-7976
jpitegoff@yandex.com
*Attorney for Defendant Gerald R. Antinoro*

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 23 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA   ORDER

| | |
|---|---|
| MELANIE KEENER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GERALD R. ANTINORO, an individual;<br>STORY COUNTY, a political subdivision<br>of the State of Nevada; DOES I-V,<br>inclusive; ROE ENTITIES VI-X, inclusive,<br><br>Defendants. | CASE NO: 3:17-cv-00498-RCJ-VPC<br><br>SUBSTITUTION OF COUNSEL |

Defendant GERALD R. ANTINORO, by and through his attorney, Jeffrey I. Pitegoff, Esq. of the law firm of PITEGOFF LAW OFFICE INC. move this Honorable Court for an Order granting this request to Substitute as Counsel.

## I.

## MEMORANDUM IN SUPPORT OF SUBSTITUTION

Attached hereto as Exhibit A and A1 are executed Consents accepting the change in representation sought herein.

## II.

## CONCLUSION

For the reasons expressed above, it is respectfully requested that this Honorable Court issue an Order granting the requested substitution.

DATED this 23rd day of October, 2019.

**PITEGOFF LAW OFFICE INC.**

/s/Jeffrey I. Pitegoff

JEFFREY I. PITEGOFF, ESQ.
Nevada Bar No. 005458
330 E. Charleston Blvd., Suite 100
Las Vegas, NV 89104
Tel: 702-808-7976
*Attorney for Defendants*

IT IS SO ORDERED:

United States Magistrate Judge

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of PITEGOFF LAW OFFICE INC. and that on this day, I personally served a true and correct copy of the attached by:

[ ]   U.S. Mail

[ x ]   CM-ECF Electronic filing system to all parties in the case

[ ]   Facsimile Transmission

[ ]   Personal Service

Dated this 23rd day of October, 2019.

/s/         *Jeffrey Pitegoff*
An Employee of PITEGOFF LAW OFFICE INC.

2

## Consent - Substitution of Counsel

I hereby consent to Pitegoff Law Office, by and through attorney, Jeffrey Pitegoff, Esq., substituting into this case as my counsel in place of Doug Rands, Esq. and Brett South from Rands, South & Gardner.

Dated this 17th day of October 2019

_____

Gerald R. Antinoro


I hereby consent to Pitegoff Law Office, by and through attorney, Jeffrey Pitegoff, Esq., substituting into this case as counsel for Gerald R. Antinoro, in place of Doug Rands, Esq. and Brett South from Rands, South & Gardner.

Dated this 17th Day of October, 2019

Brett South, Esq., personally and
on behalf of Rands, South & Gardner

## Consent - Substitution of Counsel

I hereby consent to Pitegoff Law Office, by and through attorney, Jeffrey Pitegoff, Esq., substituting into this case as my counsel in place of Doug Rands, Esq. and Brett South from Rands, South & Gardner.

Dated this 17th day of October 2019

*[signature]*

Gerald R. Antinoro


I hereby consent to Pitegoff Law Office, by and through attorney, Jeffrey Pitegoff, Esq., substituting into this case as counsel for Gerald R. Antinoro, in place of Doug Rands, Esq. and Brett South from Rands, South & Gardner.

Dated this 17th Day of October, 2019

_____

Brett South, Esq., personally and
on behalf of Rands, South & Gardner