\*\*\*\*
Brett K. South
Nevada Bar No. 3608
LAW OFFICES OF BRETT K. SOUTH
9498 Double R Blvd., Suite A
Reno, Nevada 89521
Telephone: (775) 827-6464
Facsimile: (775) 827-6496
Attorneys for Defendant STOREY COUNTY

FILED ☑ / ENTERED ___ / RECEIVED ___ / SERVED ON COUNSEL/PARTIES OF RECORD ___
OCT 3 1 2019
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*  ORDER

| | |
|---|---|
| MELANIE KEENER, an individual, | CASE NO.: 3:17-cv-00498-RCJ-VPC |
| Plaintiff, | **STIPULATION TO CONDUCT SETTLEMENT CONFERENCE** |
| v. | Date: November 26, 2019 |
| GERALD R. ANTINORO, an individual; STOREY COUNTY, a political subdivision of the State of Nevada; DOES I-v, iniclusive; and ROE ENTITIES VI-X, inclusive, | Time: 9:00 a.m. |
| Defendants. | |

The parties, by and through their respective undersigned counsel, hereby stipulate to conduct a settlement conference before the Court on Monday, November 26, 2019, at 9:00 a.m.

DATED this _____ day of October, 2019

FLANGAS DALACAS LAW GROUP

/s/ Gus W. Flangas
Gus W. Flangas, Esq.

Attorneys for Plaintiff

DATED this _____ day of October, 2019

LAW OFFICES OF BRETT K. SOUTH

/s/ Brett K. South
Brett K. South, Esq.

Attorney for Defendant STOREY COUNTY

DATED this day _____ of October, 2019

PITEGOFF LAW OFFICES

/s/ Jeffrey I. Pitegoff
Jeffrey I. Pitegoff, Esq.

Attorney for Defendant ANTINORO

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: 10/31/2019

1