****
Brett K. South
Nevada Bar No. 3608
LAW OFFICES OF BRETT K. SOUTH
9498 Double R Blvd., Suite A
Reno, Nevada 89521
Telephone: (775) 827-6464
Facsimile: (775) 827-6496
Attorneys for Defendant STOREY COUNTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MELANIE KEENER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GERALD R. ANTINORO, an individual; STOREY COUNTY, a political subdivision of the State of Nevada; DOES I-v, iniclusive; and ROE ENTITIES VI-X, inclusive,<br><br>Defendants. | CASE NO.: 3:17-cv-00498-RCJ-VPC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

COME NOW the parties, by and through their undersigned counsel, and hereby stipulate and agree the above-entitled action be, and hereby is, dismissed with prejudice, each party to bear their own attorneys fees and costs.

| | |
|---|---|
| DATED this 9th day of December, 2019 | DATED this 9th day of December, 2019 |
| FLANGAS DALACAS LAW GROUP | LAW OFFICES OF BRETT K. SOUTH |
| /s/ Gus W. Flangas<br>Gus W. Flangas, Esq. | /s/ Brett K. South<br>Brett K. South, Esq. |
| *Attorneys for Plaintiff* | *Attorney for Defendant STOREY COUNTY* |

///
///
///

1

DATED this day 9th of December, 2019

PITEGOFF LAW OFFICES

/s/ Jeffrey I. Pitegoff
Jeffrey I. Pitegoff, Esq.

*Attorney for Defendant ANTINORO*

    IT IS SO ORDERED this \_\_\_\_\_ day of _____, 2019.

_____
UNITED STATES MAGISTRATE JUDGE