UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MELANIE KEENER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GERALD R. ANTINORO, an individual; STOREY COUNTY, a political subdivision of the State of Nevada; DOES I-v, iniclusive; and ROE ENTITIES VI-X, inclusive,<br><br>Defendants. | CASE NO.: 3:17-cv-00498-RCJ-VPC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

COME NOW the parties, by and through their undersigned counsel, and hereby stipulate and agree the above-entitled action be, and hereby is, dismissed with prejudice, each party to bear their own attorneys fees and costs.

IT IS SO ORDERED.

_____
ROBERT C. JONES, District Judge

DATED: This 12th day of December, 2019.

1